United States District Court
Southern District of Texas
**ENTERED**
November 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CAROLINA GAMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-241 |
| | § | |
| HUMANA AT HOME 1, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

On the 13 day of November, 2017, came on to be considered the Unopposed Motion to Dismiss with Prejudice the causes of action of Plaintiff CAROLINA GAMEZ against Defendant HUMANA AT HOME 1, INC. (Dkt. No. 12). The Court, having considered said motion, finds it should be GRANTED.

**IT IS, THEREFORE, ORDERED** that the action of Plaintiff CAROLINA GAMEZ against the Humana at Home 1, Inc. is hereby dismissed with prejudice and costs of court are assessed against the party incurring same.

SO ORDERED this 13th day of November, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge